IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUZ GONZALEZ FELIX, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, et al., | : | |
| Defendant. | : | No.  20-484 |

## <u>ORDER AND JUDGMENT</u>

AND NOW, this  27th  day of October, 2020, upon consideration of Plaintiff Luz

Gonzalez Felix's Statement of Issues and Brief in Support of her Request for Review (doc. 11)

and the Commissioner's Response (doc. 12), it is ORDERED:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Timothy R. Rice

_____

TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE